

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00486-CR

| | | |
|---|---|---|
| STEVEN CLAY SEYMORE, Appellant | § | On Appeal from the 271st District Court |
| | § | of Wise County (CR21073) |
| V. | § | June 3, 2021 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect the trial court's oral pronouncement finding enhancement paragraph two to be true. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell